IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CR-00292-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **PAUL DOUGLAS THARP,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion to Unseal Indictment and Arrest Warrant" (document # 5) filed November 20, 2013. For the reasons set forth therein, the Motion will be granted.

IT IS HEREBY ORDERED that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 20, 2013

David S. Cayer
United States Magistrate Judge